## UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 23MJ1445-KSC |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) |
| Maria Carla RAMOS (D1), ) | and (v)(I) Conspiracy to Transport Aliens |
| ) | |
| Quinisa Deyzah WADLEY (D2) ) | |
| ) | |
| Defendants. ) | |

The undersigned complainant, being duly sworn states:

On or about April 20, 2023, within the Southern District of California, Defendants Maria Carla RAMOS (D1) and Quinisa Deyzah WADLEY (D2), did knowingly and intentionally conspire with other persons known and unknown to transport and move aliens within the United States, knowing and in reckless disregard of the fact that said aliens would come to, enter, and remain in the United States in violation of law, in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of April 2023.

_____
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that R.M.M., is a citizen of a country other than the United States; that said alien is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 20, 2023, at approximately 9:25 P.M., Maria Carla RAMOS (D1), a United States Citizen, applied for admission into the United States from Mexico via the Tecate, California Port of Entry primary vehicle lanes, as the driver of a red Honda Civic bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented California State Driver's Licenses for herself and her passenger, Quinisa Deyzah WADLEY (D2), and a California State Birth Certificate, bearing the name A.C.C., on behalf of a sleeping minor child later identified as R.M.M. D1 said she was stranded at her father's house in Mexico and her friend, D2, came to pick her up. D1 said they were going to San Diego, California with nothing to declare from Mexico. The CBP Officer noticed R.M.M. looked taller than the age on the birth certificate and that he was having difficulty waking up. D1 said R.M.M. was not feeling well and was sleeping because she had given him cough syrup. The CBP Officer asked D1 who the child was, and D1 said he was her son. The CBP Officer suspected R.M.M. was not the rightful owner of the birth certificate presented and asked D1 for the child's name; D1 said she honestly did not know. The CBP Officer radioed for assistance and all occupants were escorted to secondary for further inspection.

In secondary, the child's true identity was ascertained, and he was identified as R.M.M. and believed to be a citizen of Mexico without lawful documents to enter the United States; R.M.M. is now being held as a Material Witness.

Further routine queries revealed the red Honda Civic, registered to D2, entered Mexico through Interstate 5, near the San Ysidro Port of Entry, on April 20, 2023, at approximately 7:06 P.M.

During a conversation with the Material Witness, the child admitted to being a citizen of Mexico by birth in Orizaba, Veracruz, Mexico, with no legal documents to enter the United States. The Material Witness said his mother took him to an unknown female in Mexico who coached him on memorizing the information on the birth certificate. The Material Witness said he was then turned over to two other females and placed in the back of a vehicle. The Material Witness said he does not know D1 or D2 and does not remember what happened after entering the vehicle because he fell asleep. The Material Witness said he was going to the United States to live with his sister.

First: Maria     Mid. Carla     Last: RAMOS     -   _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| | | NO ARREST OR CONVICTIONS | | |
| | | ON PAROLE/PROBATION | | NO |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |
| | | DEPORTATIONS | | N/A |
| | | DATE OF MOST RECENT DEPORTATION | | N/A |

First: Quinisa    Mid. Deyzah    Last: WADLEY    - _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| | | NO ARREST OR CONVICTIONS | | |
| | | ON PAROLE/PROBATION | | NO |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |
| | | DEPORTATIONS | | N/A |
| | | DATE OF MOST RECENT DEPORTATION | | N/A |